Stanley Clarke, as Trustee of Associated Gas and Electric Company et al., Respondents, *v.* Sophia Mayer et al., Appellants, et al., Defendants.

Argued February 25, 1946; decided April 12, 1946.

*Horace S. Manges, Gabriel Kaslow* and *Jacob F. Raskin* for Sophia Mayer and another, appellants.

*Isaac S. Heller,* appellant in person.

*Harold Harper, Ben A. Matthews, Vincent P. Uihlein* and *Dorothy Herod Atwood* for respondents.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.